COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of A.L.P., a Child

Appellate case number:    01-19-00144-CV

Trial court case number:   18-DCV-252443

Trial court:             505th District Court of Galveston County

Appellant, C.J.M., has filed a notice of appeal of the trial court's decree of termination signed on January 28, 2019. Appellant has filed a motion requesting that we extend the deadline to file the record for ninety days. An appeal in a parental-termination case is governed by the rules of appellate procedure for accelerated appeals. TEX. R. APP. P. 28.4.[1] Under Texas Rule of Civil Procedure 35.1, the appellate record is due "within 10 days after the notice of appeal is filed." TEX. R. APP. P. 35.1(b). And, the trial court clerk or court reporter may request an extension of time to file a clerk's record or a reporter's record. *See* TEX. R. APP. P. 28.4(b)(2), 35.3(c).

A clerk's record was filed in this Court on March 14, 2019. On March 12, 2019, the court reporter notified the Clerk of this Court that appellant had requested preparation of the reporter's record and had not "paid or made arrangements to pay for the record and is not appealing as an indigent." The Clerk of this Court then notified appellant that we may require him to file a brief and may consider and decide the appeal on those issues or points that do not require a reporter's record for a decision unless he submits to this Court written evidence from the court reporter that he has paid or made arrangements to pay the fee for preparing the reporter's record, or is entitled to proceed without payment of costs. *See* TEX. R. APP. P. 37.3(c); *see also* TEX. R. APP. P. 145 (providing for filing "Statement

---

[1]     Because this appeal involves the termination of the parent-child relationship, this Court is required to bring the appeal to final disposition within 180 days of the date the notice of appeal was filed, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app.

of Inability to Afford Payment of Court Costs." Appellant's deadline to respond to the notice is **Monday, March 25, 2019**.

Accordingly, we **dismiss as moot** appellant's motion to extend the deadline to file the record.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd_____

☑Acting individually   ☐ Acting for the Court

Date: __March 21, 2019__